### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>**RANDALL PETE LOFTIS,**<br><br>　　　　　　　　*Defendant.* | **Case No.**  CR-19-79-RAW |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

### THEFT FROM ORGANIZATION RECEIVING FEDERAL PROGRAM FUNDS
### [18 U.S.C. § 666(a)(1)(A)]

From on or about December 19, 2011, until on or about August 9, 2016, in the Eastern District of Oklahoma, the defendant, **RANDALL PETE LOFTIS**, being an agent, employee, and officer of Enviro Systems, Inc., an organization which received in excess of $10,000 in federal benefits in each one year period from 2011 through 2016, embezzled, stole, obtained by fraud, and without authority knowingly converted to the use of a person not the rightful owner, property of a value of $5,000 or more, owned by, under the care of, and under the control of Enviro Systems, Inc., in violation of Title 18, United States Code, Section 666(a)(1)(A).

　　　　　　　　　　　　　　　　　　BRIAN J. KUESTER
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　s/ Rob Wallace_____
　　　　　　　　　　　　　　　　　　ROB WALLACE OBA#13130
　　　　　　　　　　　　　　　　　　Assistant United States Attorney